EXHIBIT B

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 19. A tangible, non-transitory, machine-readable medium having stored instructions thereon that when executed by one or more processors effectuate operations comprising: | The Skype app (by Microsoft) supports QR code scanning. A user can send a QR Code associated with his or her profile to another user. The other user can scan that QR Code to add the user.  Later, the user scanning the code can connect or communicate using the other user's Skype profile associated with the QR Code via, for example, Private Conversation. This app is supported by Android OS (8.0 or higher) or Apple devices running iOS 12.2 or higher. Android and iOS mobile devices have internal memories to store instructions, which are then executed by processors in the devices.   Source:  https://www.androidauthority.com/how-to-download-skype-any-device-3184678/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | ### 3. Add Contacts Using a QR Code<br><br>Simply head over to the **Skype profile** section of the Settings menu. Click on **Share profile** and choose **QR Code** from the list of options available.<br><br>You should be presented with your own QR code your friends can scan to add you. If you wish to add someone using the QR code, click the **Scan QR** button on the same screen. It's as simple as that!<br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
| --- | --- |
| | <br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.idownloadblog.com/2018/08/21/howto-skype-encryption-private-conversations/<br><br>**How do I turn Skype encryption on?**<br><br>Securely Messaging Your Friends<br><br>Private Conversation can be initiated in two ways once selected. You can begin a secure conversation with this contact by long clicking on their profile and selecting "View profile." Click "Start private conversation" to send a request to invite the other party to join you in a secure conversation from beginning to end.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/ |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Skype for Android system requirements |

Android

| Version | Android OS 8.0 or higher (Phones and tablets) ChromeOS version M53 or higher (Chromebooks) |
|---|---|
| Hardware | Varies with manufacturer - see **Note** |
| Free Space | At least 32 MB |

Source: https://support.skype.com/en/faq/FA10328/what-are-the-system-requirements-for-skype

Skype for iOS system requirements

iOS

| Version | Skype on iPhone and iPad requires iOS 12.2 or higher |
|---|---|

Source: https://support.skype.com/en/faq/FA10328/what-are-the-system-requirements-for-skype

On information and belief, Microsoft preinstalled the Skype app on its Surface Duo and Duo 2 devices.

But that doesn't mean Microsoft has ceded the show entirely to Google. The company's left its imprint on the Duo, packing it with all of the Office apps you expect (i.e., Outlook, OneDrive, OneNote, Teams, OneDrive), plus others like Skype, LinkedIn, and Edge.

https://mashable.com/article/microsoft-surface-duo-android-review#:~:text=The%20company's%20left%20its%20imprint,Skype%2C%20LinkedIn%2C%20and%20Edge; *see also* https://surfacetip.com/compare/surface-duo-2-vs-surface-pro-7/.

| Claim Language | Evidence of Infringement |
|---|---|
| obtaining, with a two dimensional code scanner of an application residing on a mobile device of a first user, a scanned image of a code symbol corresponding to a unique communication profile of a second user; | A user ("a first user") scans the QR Code ("code symbol") related to another user ("second user") by selecting the Scan QR Code option ("two-dimensional code scanner") in the Skype App. The scanned image of the code symbol corresponds to a communication profile of the second user. <br><br> ### 3. Add Contacts Using a QR Code <br><br> Simply head over to the **Skype profile** section of the Settings menu. Click on **Share profile** and choose **QR Code** from the list of options available. <br><br> You should be presented with your own QR code your friends can scan to add you. If you wish to add someone using the QR code, click the **Scan QR** button on the same screen. It's as simple as that! <br><br> Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
| --- | --- |
|  | <br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | 1   From Chats, tap your profile picture.<br><br>Note: You can tap the QR code 🖷 button next to your profile picture to quickly share your unique QR code with friends and family.<br><br>2   Tap Skype profile, then tap Share profile.<br><br>3   In the Share and connect window you can:<br>• Copy your join link to your device's clipboard.<br>• Grab your QR Code.<br>• Send your share link in a text message, email or other app from your device.<br>• Revoke the link to your profile and create a new one. Any existing links to your profile will be permanently disabled.<br><br>4   Once they've accepted, you can enjoy chatting with your new contact.<br><br>https://support.skype.com/en/faq/fa34730/how-do-i-invite-someone-to-skype-on-mobile-or-tablet<br><br>Do you want to share your Skype profile with friends from Skype on mobile?<br><br>No problem, Skype makes it easy to share your profile QR code that you can send to your mobile contacts using the app of your choice. Select your profile picture, tap the QR code next to your Skype name, tap Share then select how you want to share it with your friends<br><br>https://support.skype.com/en/faq/FA34807/how-do-i-find-and-add-new-contacts-in-skype |

| Claim Language | Evidence of Infringement |
|---|---|
| extracting from the scanned image of the code symbol, using the application of the mobile device of the first user, a digital identification code of the second user in the form of digital data embedded in the code symbol; and | Using the scanned image of the QR code of the second user, the Skype App extracts a digital code in the form of digital data embedded in the QR code. QR codes include standardized methods for high capacity encoding of data. Hence, Skype's use of QR codes complies with standard norms for extracting digital information from QR codes. <br><br>  <br><br> Source: https://www.qrcode.com/en/about/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | 1    From Chats, tap your profile picture.<br><br>Note: You can tap the QR code ⊞ button next to your profile picture to quickly share your unique QR code with friends and family.<br><br>2    Tap Skype profile, then tap Share profile.<br><br>3    In the Share and connect window you can:<br>• Copy your join link to your device's clipboard.<br>• Grab your QR Code.<br>• Send your share link in a text message, email or other app from your device.<br>• Revoke the link to your profile and create a new one. Any existing links to your profile will be permanently disabled.<br><br>4    Once they've accepted, you can enjoy chatting with your new contact.<br><br>https://support.skype.com/en/faq/fa34730/how-do-i-invite-someone-to-skype-on-mobile-or-tablet<br><br>Do you want to share your Skype profile with friends from Skype on mobile?<br><br>No problem, Skype makes it easy to share your profile QR code that you can send to your mobile contacts using the app of your choice. Select your profile picture, tap the QR code next to your Skype name, tap Share then select how you want to share it with your friends<br><br>https://support.skype.com/en/faq/FA34807/how-do-i-find-and-add-new-contacts-in-skype |

| Claim Language | Evidence of Infringement |
|---|---|
| establishing, using an application of the mobile device of the first user and the digital identification code of the second user, a secure two-way communication with the second user; and<br><br>Patent Specifications:<br>The consumer's local app (or if the consumer is also a publisher, the local app portion of his remote app) preferably includes a first means for enabling the consumer's interactive device to scan a digital image of the publisher's displayed QR code symbol, a second means for processing that digital image to recover the embedded unique identification code, and a third means for transmitting the recovered unique identification code and any relevant details of the consumer's profile to the secure remote server; *(Column 4, Lines 07-15)*<br><br>*Claim 10:* the digital identification code of the second user includes one or more of: information associated with a network address of the second user, information | Using the scanned image of the QR code of the second user in the Skype App, the Skype app extracts a digital code in the form of digital data embedded in the QR code. As per the patent specification and dependent claim 10, "the digital identification code could be information associated with the unique communication profile of the second user, or the contact information of the second user." After scanning the QR code of the second user, the first user can add the second user. The contact details of the second user (e.g., name) can be used to establish a two-way communication via a chat feature named "Private Conversation" available in the Skype app after scanning the QR code. Skype supports AES (Advanced Encryption Standard) to encrypt messages, thus providing a secure two-way communication with the second user.<br><br>### 3. Add Contacts Using a QR Code<br><br>Simply head over to the **Skype profile** section of the Settings menu. Click on **Share profile** and choose **QR Code** from the list of options available.<br><br>You should be presented with your own QR code your friends can scan to add you. If you wish to add someone using the QR code, click the **Scan QR** button on the same screen. It's as simple as that!<br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| associated with the unique communication profile of the second user, or the contact information of the second user and wherein the secure server stores the digital identification code of the second user | 

Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.qrcode.com/en/about/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.idownloadblog.com/2018/08/21/howto-skype-encryption-private-conversations/<br><br>## Does Skype use encryption?<br><br>Voice, video, file transfers, as well as instant messages between Skype users are all encrypted in transit between Skype users. By doing this, you will be protected from malicious users who could be listening in on your conversations.<br><br>When it comes to instant message encrypting, if you decide to send a message between your Skype client and our chat service in the cloud, we use TLS (transport level security), or if you wish to encrypt a message directly between two Skype clients, we use AES (Advanced Encryption Standard). The majority of messages are sent both ways at this time. However, we will be able to provide the best user experience by only sending messages via our cloud in the future.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | 1   From Chats, tap your profile picture.<br><br>Note: You can tap the QR code ▦ button next to your profile picture to quickly share your unique QR code with friends and family.<br><br>2   Tap Skype profile, then tap Share profile.<br><br>3   In the Share and connect window you can:<br>    • Copy your join link to your device's clipboard.<br>    • Grab your QR Code.<br>    • Send your share link in a text message, email or other app from your device.<br>    • Revoke the link to your profile and create a new one. Any existing links to your profile will be permanently disabled.<br><br>4   Once they've accepted, you can enjoy chatting with your new contact.<br><br>https://support.skype.com/en/faq/fa34730/how-do-i-invite-someone-to-skype-on-mobile-or-tablet<br><br>Do you want to share your Skype profile with friends from Skype on mobile?<br><br>No problem, Skype makes it easy to share your profile QR code that you can send to your mobile contacts using the app of your choice. Select your profile picture, tap the QR code next to your Skype name, tap Share then select how you want to share it with your friends<br><br>https://support.skype.com/en/faq/FA34807/how-do-i-find-and-add-new-contacts-in-skype |

| Claim Language | Evidence of Infringement |
|---|---|
| receiving, via the application of the mobile device of the first user, contact information of the second user and providing an option for the first user to store, via the application of the mobile device of the first user, the contact information of the second user, wherein the contact information of the second user includes information associated with the unique profile of the second user; | After scanning the QR code of the second user via the Skype application that belongs to the first user, the profile of the second user is shared with the first user. The first user can then add the second user. The Skype profile information of the second user is a unique communication profile of the second user. Testing of the Skype functionality showed that, once a user's code is scanned, a window appears that provides the first user with an option to accept ("option to store") the contact information of the second user. The name and the mutual-contacts-related information (unique communication profile) of the second user is shown in that window. Once the first user accepts that contact, the profile of the second user is stored. <br><br> ### 3. Add Contacts Using a QR Code <br><br> Simply head over to the **Skype profile** section of the Settings menu. Click on **Share profile** and choose **QR Code** from the list of options available. <br><br> You should be presented with your own QR code your friends can scan to add you. If you wish to add someone using the QR code, click the **Scan QR** button on the same screen. It's as simple as that! <br><br> Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.makeuseof.com/skype-features-to-look-for/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | 1   From Chats, tap your profile picture.<br><br>Note: You can tap the QR code ▦ button next to your profile picture to quickly share your unique QR code with friends and family.<br><br>2   Tap Skype profile, then tap Share profile.<br><br>3   In the Share and connect window you can:<br>   • Copy your join link to your device's clipboard.<br>   • Grab your QR Code.<br>   • Send your share link in a text message, email or other app from your device.<br>   • Revoke the link to your profile and create a new one. Any existing links to your profile will be permanently disabled.<br><br>4   Once they've accepted, you can enjoy chatting with your new contact.<br><br>https://support.skype.com/en/faq/fa34730/how-do-i-invite-someone-to-skype-on-mobile-or-tablet<br><br>Do you want to share your Skype profile with friends from Skype on mobile?<br><br>No problem, Skype makes it easy to share your profile QR code that you can send to your mobile contacts using the app of your choice. Select your profile picture, tap the QR code next to your Skype name, tap Share then select how you want to share it with your friends<br><br>https://support.skype.com/en/faq/FA34807/how-do-i-find-and-add-new-contacts-in-skype |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein establishing the secure two-way communication with the second user comprises using a secure server; and | The Skype app supports the "Private Conversation" feature, and messages transmitted using this feature are all encrypted. The Skype servers use AES to encrypt these messages. Thus, Skype establishes secure two-way communication with the second user, and this comprises using a secure server, as messages are sent through Skype's servers.<br><br><br><br>Source: https://www.idownloadblog.com/2018/08/21/howto-skype-encryption-private-conversations/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | **How do I turn Skype encryption on?**<br><br>Securely Messaging Your Friends<br>Private Conversation can be initiated in two ways once selected. You can begin a secure conversation with this contact by long clicking on their profile and selecting "View profile." Click "Start private conversation" to send a request to invite the other party to join you in a secure conversation from beginning to end.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/<br><br>## Does Skype use encryption?<br>Voice, video, file transfers, as well as instant messages between Skype users are all encrypted in transit between Skype users. By doing this, you will be protected from malicious users who could be listening in on your conversations.<br>When it comes to instant message encrypting, if you decide to send a message between your Skype client and our chat service in the cloud, we use TLS (transport level security), or if you wish to encrypt a message directly between two Skype clients, we use AES (Advanced Encryption Standard). The majority of messages are sent both ways at this time. However, we will be able to provide the best user experience by only sending messages via our cloud in the future.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/<br><br>**What encryption is on Skype?**<br><br>256-bit AES-encrypted<br>A public key and a private key are generated locally by Skype. On the computer of the user, the private key and password hash are stored. In the next step, the Skype server establishes an encrypted 256-bit session using AES.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/ |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein the secure server is configured to enable private communication. | The messages between Skype users are encrypted using AES. All Skype conversations are private and have end-to-end encryption so that information shared is privacy-protected. Thus, a secure server is configured to enable private communication.<br><br>### Does Skype use encryption?<br><br>Voice, video, file transfers, as well as instant messages between Skype users are all encrypted in transit between Skype users. By doing this, you will be protected from malicious users who could be listening in on your conversations.<br>When it comes to instant message encrypting, if you decide to send a message between your Skype client and our chat service in the cloud, we use TLS (transport level security), or if you wish to encrypt a message directly between two Skype clients, we use AES (Advanced Encryption Standard). The majority of messages are sent both ways at this time. However, we will be able to provide the best user experience by only sending messages via our cloud in the future.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/<br><br>Using the industry standard Signal Protocol, Skype private conversations allow you to have end-to-end encrypted audio calls, send text messages, images, audios, and videos via a secure channel, as well as send and receive files. As a result of this, the content of these conversation is hidden in the chat list notifications in order to keep the information you share privacy-protected.<br><br>Source: https://corporatemeetinghelp.com/does-skype-use-encryption/ |