EXHIBIT C

EVIDENCE OF USE FOR U.S. PATENT NO. 11003878

| Claim Language | Evidence of Infringement |
|---|---|
| 19. A tangible, non-transitory, machine-readable medium having stored instructions thereon that when executed by one or more processors effectuate operations comprising: | The LinkedIn app supports QR code scanning. After scanning a QR code related to a profile of another user, a user scanning the QR code is redirected to a window where the LinkedIn profile of the scanned user can be viewed. Later, the user scanning the code can connect or communicate using the LinkedIn profile with the other user associated with the QR Code via, for example, Messages.<br><br><br><br>Source: https://www.youtube.com/watch?v=Vvh8Pizp6iM |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source:  https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://techboomers.com/t/linkedin-messages |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Supported operating systems and devices for the LinkedIn mobile app**<br><br>For the LinkedIn mobile app to work seamlessly, we recommend using one of the supported operating systems or software versions listed below. If you use an older or beta test version, you may not be able to download the newest version of the LinkedIn mobile app.<br><br>As we monitor mobile usage by members, we may decide from time to time to discontinue supporting older versions of mobile operating systems. Learn how to **update your device to the newest version of the mobile app**.<br><br>LinkedIn mobile app compatibility:<br><br>iPhone and iPad - **iTunes App Store**<br><br>• Only 64-bit Apple devices running iOS 13.0 or higher are supported.<br><br>Android - **Google Play**<br><br>• Only devices running Android Oreo (8.0/API level 26) or higher are supported.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a522619/supported-operating-systems-and-devices-for-the-linkedin-mobile-app?lang=en<br><br>On information and belief, Microsoft preinstalled the LinkedIn app on its Surface Duo and Duo 2 devices, which include internal memories to store instructions, which are then executed by processors in the devices.<br><br>But that doesn't mean Microsoft has ceded the show entirely to Google. The company's left its imprint on the Duo, packing it with all of the Office apps you expect (i.e., Outlook, OneDrive, OneNote, Teams, OneDrive), plus others like Skype, LinkedIn, and Edge.<br><br>https://mashable.com/article/microsoft-surface-duo-android-review#:~:text=The%20company's%20left%20its%20imprint,Skype%2C%20LinkedIn%2C%20and%20Edge; *see also* https://surfacetip.com/compare/surface-duo-2-vs-surface-pro-7/. |

| Claim Language | Evidence of Infringement |
|---|---|
| obtaining, with a two dimensional code scanner of an application residing on a mobile device of a first user, a scanned image of a code symbol corresponding to a unique communication profile of a second user; | A user ("a first user") scans the QR Code ("code symbol") related to another user ("second user") by selecting the QR code icon ("two dimensional code scanner") in the LinkedIn App. The scanned image of the code symbol corresponds to a communication profile of the second user. After the first user scans another user's code, he is taken directly to the other user's profile page ("unique communication profile").<br><br>Let's focus on the LinkedIn QR Code<br><br>The LinkedIn QR code makes it easy to meet someone offline and stay in touch with them on LinkedIn. This feature provides a simple and efficient way to find LinkedIn members, and then connect with them by quickly scanning a QR code.<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie<br><br>**To scan a QR code:**<br><br>1. Open the LinkedIn app on your mobile device.<br><br>2. Tap the **QR code** in the **search bar** at the top of your LinkedIn homepage.<br><br>3. Tap the **SCAN** tab.<br><br>4. Tap **ENABLE CAMERA ACCESS**.<br><br>5. Hold your mobile device directly above the LinkedIn member's QR code that you'd like to connect with.<br><br>• You can also tap **ADD CODE FROM GALLERY** to select a QR code that you've previously saved to your photo gallery.<br><br>Once the LinkedIn member's QR code has been scanned, you will be redirected to their profile<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| extracting from the scanned image of the code symbol, using the application of the mobile device of the first user, a digital identification code of the second user in the form of digital data embedded in the code symbol; and | Using the scanned image of the QR code of the second user, the LinkedIn App extracts a digital code in the form of digital data embedded in the QR code. QR codes include standardized methods for high capacity encoding of data. Hence, LinkedIn's use of QR codes complies with standard norms for extracting digital information from QR codes. |

## High Capacity Encoding of Data

While conventional bar codes are capable of storing a maximum of approximately 20 digits, QR Code is capable of handling several dozen to several hundred times more information.

QR Code is capable of handling all types of data, such as numeric and alphabetic characters, Kanji, Kana, Hiragana, symbols, binary, and control codes. Up to 7,089 characters can be encoded in one symbol.

abcdefghijklmnopqrstuvwxyz1234567890abcdefghij
klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs
tuvwxyz1234567890abcdefghijklmnopqrstuvwxyz12
34567890abcdefghijklmnopqrstuvwxyz1234567890
abcdefghijklmnopqrstuvwxyz1234567890abcdefghij
klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs
tuvwxyz1234567890abcdefghijklmnopqrstu

>

A QR Code symbol of this size can encode 300 alphanumeric characters.
Related pages: Standardization of the QR Code | Information capacity and versions of QR Code

Source: https://www.qrcode.com/en/about/

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=nNG2_y1wMMA<br><br>**Let's focus on the LinkedIn QR Code**<br><br>The LinkedIn QR code makes it easy to meet someone offline and stay in touch with them on LinkedIn. This feature provides a simple and efficient way to find LinkedIn members, and then connect with them by quickly scanning a QR code.<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie |

| Claim Language | Evidence of Infringement |
|---|---|
| | **To scan a QR code:**<br><br>1. Open the LinkedIn app on your mobile device.<br><br>2. Tap the **QR code** in the **search bar** at the top of your LinkedIn homepage.<br><br>3. Tap the **SCAN** tab.<br><br>4. Tap **ENABLE CAMERA ACCESS**.<br><br>5. Hold your mobile device directly above the LinkedIn member's QR code that you'd like to connect with.<br><br>• You can also tap **ADD CODE FROM GALLERY** to select a QR code that you've previously saved to your photo gallery.<br><br>Once the LinkedIn member's QR code has been scanned, you will be redirected to their profile<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie |

| Claim Language | Evidence of Infringement |
|---|---|
| establishing, using an application of the mobile device of the first user and the digital identification code of the second user, a secure two-way communication with the second user; and<br><br>Patent Specifications:<br>The consumer's local app (or if the consumer is also a publisher, the local app portion of his remote app) preferably includes a first means for enabling the consumer's interactive device to scan a digital image of the publisher's displayed QR code symbol, a second means for processing that digital image to recover the embedded unique identification code, and a third means for transmitting the recovered unique identification code and any relevant details of the consumer's profile to the secure remote server; *(Column 4, Lines 07-15)*<br><br>*Claim 10:* the digital identification code of the second user includes one or more of: information associated with a network address of the second user, information | Using the scanned image of the QR code of the second user in the LinkedIn App, the LinkedIn app extracts a digital code in the form of digital data embedded in the QR code. As per the patent specification and dependent claim 10, "the digital identification code could be information associated with the unique communication profile of the second user, or the contact information of the second user." After scanning the QR code of the second user, the first user is redirected to a window which shows the profile of the second user, the name associated with the user, etc. The details of the second user (i.e., LinkedIn profile) will be further used to establish a two-way communication via the messaging feature available in the Linkedin Application after scanning the QR code. LinkedIn Messages supports SSL encryption, thus providing secure two-way communication between two users.<br><br><br><br>Source: https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| associated with the unique communication profile of the second user, or the contact information of the second user and wherein the secure server stores the digital identification code of the second user | |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br>Source: https://techboomers.com/t/linkedin-messages |

| Claim Language | Evidence of Infringement |
|---|---|
| | |

Source:https://www.salesrobot.co/blogs/linkedin-private-messages#how-secure-are-linkedin-private-messages-and-are-linkedin-messages-encrypted-

https://www.linkedin.com/help/linkedin/answer/a550206/linkedin-messaging-faq?lang=en

| Claim Language | Evidence of Infringement |
|---|---|
| receiving, via the application of the mobile device of the first user, contact information of the second user and providing an option for the first user to store, via the application of the mobile device of the first user, the contact information of the second user, wherein the contact information of the second user includes information associated with the unique profile of the second user; | After scanning the QR code of the second user via the LinkedIn application that belongs to the first user, the profile page of the second user is displayed in the redirected window. The first user then gets an option to follow and connect with the second user. The LinkedIn profile of the second user is unique communication profile of the second user and includes contact information, as it provides a way for the first user to contact the second user through the LinkedIn application.<br><br><br><br>Source:  https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=nNG2_y1wMMA |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.linkedin.com/pulse/linkedin-pro-tip-add-follow-button-rob-wolf<br><br>**Let's focus on the LinkedIn QR Code**<br><br>The LinkedIn QR code makes it easy to meet someone offline and stay in touch with them on LinkedIn. This feature provides a simple and efficient way to find LinkedIn members, and then connect with them by quickly scanning a QR code.<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie |

| Claim Language | Evidence of Infringement |
|---|---|
| | **To scan a QR code:**<br><br>1. Open the LinkedIn app on your mobile device.<br><br>2. Tap the **QR code** in the **search bar** at the top of your LinkedIn homepage.<br><br>3. Tap the **SCAN** tab.<br><br>4. Tap **ENABLE CAMERA ACCESS**.<br><br>5. Hold your mobile device directly above the LinkedIn member's QR code that you'd like to connect with.<br><br>• You can also tap **ADD CODE FROM GALLERY** to select a QR code that you've previously saved to your photo gallery.<br><br>Once the LinkedIn member's QR code has been scanned, you will be redirected to their profile<br><br>Source: https://www.linkedin.com/pulse/linkedin-qr-code-everything-you-need-know-aug-2021-zoghby-fourie |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein establishing the secure two-way communication with the second user comprises using a secure server; and | LinkedIn messages are secure. LinkedIn uses SSL encryption to protect all messages sent between LinkedIn members (and such messages pass through LinkedIn's servers). An SSL server is a standard security technology which is used for establishing an encrypted link between a server and a client. Therefore, as LinkedIn uses SSL server to keep the conversation messages secure, the secure two-way communication is established with the second user using a secure server.<br><br><br><br>Source: https://techboomers.com/t/linkedin-messages |

| Claim Language | Evidence of Infringement |
|---|---|
| | **How Secure Are LinkedIn Private Messages and Are LinkedIn Messages Encrypted?**<br><br>In addition to being private, LinkedIn messages are also secure. **LinkedIn uses SSL encryption to protect all messages sent between LinkedIn members.** LinkedIn also offers the ability to report any messages that are inappropriate or that violate LinkedIn's terms of service. If you **receive a spam message,** you can **notify it by clicking the "Report" button in the top right corner of the message.** LinkedIn will then review the message and take appropriate action.<br><br>Source:https://www.salesrobot.co/blogs/linkedin-private-messages#how-secure-are-linkedin-private-messages-and-are-linkedin-messages-encrypted-<br><br>**SSL (Secure Sockets Layer)**<br>Secure Sockets Layer (SSL) is a standard security technology for establishing an encrypted link between a server and a client — typically a web server (website) and a browser, or a mail server and a mail client.<br><br>Source: https://www.linkedin.com/pulse/ssl-secure-sockets-layer-ibrahim-s |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein the secure server is configured to enable private communication. | LinkedIn's private messages are confidential and can only be accessed by the sender and recipient. It uses SSL encryption to protect all messages sent between LinkedIn members. Thus, a secure server is configured to enable private communication.<br><br><br><br>Source: https://www.salesrobot.co/blogs/linkedin-private-messages<br><br><br><br>Source:https://www.salesrobot.co/blogs/linkedin-private-messages#how-secure-are-linkedin-private-messages-and-are-linkedin-messages-encrypted- |